Matthew S. Vesterdahl, Esq.
Nevada Bar No. 15469
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
*msvesterdahl@ww.law*
Telephone:  (702) 476-0100
Facsimile:   (702) 476-0101

Attorneys for Defendant
NEWREZ, LLC, a Delaware Limited Liability Company, d/b/a SHELLPOINT MORTGAGE SERVICING

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND VIII, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC, a Delaware Limited Liability Company, d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Defendant. | Case No. 2:20-cv-01001-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, TRP FUND VIII, LLC, a Nevada Limited Liability Company ("Plaintiff"), and Defendant, NEWREZ, LLC, a Delaware Limited Liability Company, d/b/a SHELLPOINT MORTGAGE SERVICING ("Defendant"), by and through their respective counsels of record, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint shall be extended until June 25, 2020.

Good cause exists to grant the brief extension of the response deadline because the argument Plaintiff makes is one that has been made by several other similarly situated property owners in recent months and one that it is being currently litigated by Fannie Mae, Freddie Mac, FHFA, and their servicers, including Defendant, in several other cases.  Because this loan is owned by Fannie

Mae, briefing the issues in each of these cases, including this case, requires coordination amongst Defendant's counsel, counsel for Fannie, and counsel for FHFA, and this coordination is taking extra time especially with the continuing limitations imposed by COVID-19.

The parties have entered into the agreement in good faith and not for any improper purpose or delay.  This is the parties' first request for an extension.

**IT IS SO STIPULATED.**

DATED: June 10, 2020

WOLFE & WYMAN LLP

By: */s/ Matthew S. Vesterdahl, Esq.*
    MATTHEW S. VESTERDAHL, ESQ.
    Nevada State Bar No. 15469
    6757 Spencer Street
    Las Vegas, NV  89119
    Attorneys for Defendant
    **NEWREZ, LLC, a Delaware Limited Liability Company, d/b/a SHELLPOINT MORTGAGE SERVICING**

DATED: June 10, 2020

THE WRIGHT LAW GROUP, P.C.

By: */s/ John Henry Wright, Esq.*
    JOHN HENRY WRIGHT, ESQ.
    Nevada State Bar No. 6182
    2340 Paseo Del Prado, Suite D-305
    Las Vegas, Nevada 89102
    Attorney for Plaintiff
    **TRP FUND VIII, LLC, a Nevada Limited Liability Company**

IT IS SO ORDERED

DATED:  11:56 am, June 11, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2

3666096.1