**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRP FUND VIII, LLC, | Case No.: 2:20-cv-01001-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| NEWREZ, LLC, | |
| Defendant | |

In light of defendant NewRez, LLC's response to the order to show cause (ECF No. 13),

I ORDER that the order to show cause (ECF No. 6) is deemed satisfied and I will not remand this matter for lack of subject matter jurisdiction at this time. However, defendant NewRez, LLC remains responsible for establishing that subject matter jurisdiction exists before judgment is entered in this case.

DATED this 24th day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE