**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRP FUND VIII, LLC, a Nevada Limited Liability Company, | Case No. 2:20-cv-1001-APG-BNW |
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| NEWREZ, LLC, a Delaware Limited Liability Company, d/b/a SHELLPOINT MORTGAGE SERVICING, | |
| Defendant. | |

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant shall have until July 23, 2020 to file a Reply brief to Plaintiff's Response in opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2020.

3689167.1